IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES EDWARD GARY, JR., # 222516, <br><br> Petitioner, <br><br> v. <br><br> DEBORAH TONEY, et al., <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   CASE NO. 3:22-cv-122-WHA-SMD <br> )                  (WO) <br> ) <br> ) <br> ) |

## ORDER

On March 14, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Doc. 2. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

(1) the Magistrate Judge's Recommendation (Doc. 2) is ADOPTED; and

(2) this case DISMISSED for lack of jurisdiction, in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), because Petitioner has not obtained the required permission from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider Petitioner's successive habeas application.

A final judgment will be entered separately.

DONE this 11th day of April, 2022.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE